## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| DAKOTA BLU BURNS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. CIV-22-707-SLP |
| | ) | |
| SCOTT CROW, | ) | |
| | ) | |
| Respondent. | ) | |

## O R D E R

Before the Court is the Report and Recommendation of United States Magistrate Judge Shon T. Erwin entered on September 20, 2022 [Doc. No. 10]. Judge Erwin recommends denial of the Motion for Leave to Proceed *In Forma Pauperis* [Doc. No. 7] and dismissal of this action unless Petitioner pays the $5.00 filing fee. A review of the Court's docket reveals Petitioner paid the $5.00 filing fee on October 13, 2022. Therefore, the Court adopts the Report and Recommendation and re-refers the matter to the Magistrate Judge for further proceedings.

IT IS SO ORDERED this 14th day of October, 2022.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE